UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>BENNY THOMAS BALLANDBY,<br><br>Defendant. | No. 4:15-CR-6035-SMJ-1<br><br>ORDER GRANTING MOTION TO EXPEDITE AND MOTION TO MODIFY CONDITIONS OF RELEASE |

**IT IS HEREBY ORDERED:**

1. Defendant's Motion to Expedite (ECF No. 22) and Unopposed Motion to Modify Conditions of Release (ECF No. 21) are **GRANTED**.

2. The Court's Order Setting Conditions of Release (ECF No. 19), Condition # 18 is modified to read as follows:

> (18) Defendant may not be in the presence of minors, with the exception of his grandchild with the additional mandatory presence of either the Defendant's wife or the child's mother. The Defendant shall seek pre-approval from United States Probation to be present at any location where minor-aged children might also be present.

The Clerk of Court shall enter this Order and provide copies to counsel and to U.S. Probation.

DATED November 10, 2015.

s/James P. Hutton<br>JAMES P. HUTTON<br>UNITED STATES MAGISTRATE JUDGE

ORDER - 1