# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Ballandby, Benny Thomas | Docket No. | 0980 4:15CR06035-001 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Benny Thomas Ballandby, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James P. Hutton sitting in the court at Yakima, Washington, on the 23rd day of October, 2015 under the following conditions:

**Condition #23:** Defendant shall not directly or indirectly use, access, or possess a computer or electronic media, including any devices, televisions, and cellular phones, with internet access capabilities, without the prior approval of Pretrial Services. All computers shall be removed from the residence. All other electronic media possessed by other residents of the home shall be password protected.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Information has been gathered which indicates the defendant has a cellular pone in his possession which has internet capabilities. The defendant has failed to disclose his possession of the device.

PRAYING THAT THE COURT WILL AUTHORIZE A SEARCH

|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|   | Executed on:   06/03/2016 |
| by | David L. McCary |
|   | U.S. Pretrial Services Officer |

Re: **Ballandby,, Benny Thomas**

**Page 2**

THE COURT ORDERS
[X]　Authorization to conduct a search of the defendant's person, residence and vehicle
[ ]　No Action
[ ]　The Issuance of a Warrant
[ ]　The Issuance of a Summons
[ ]　The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]　Defendant to appear before the Judge assigned to the case.
[ ]　Defendant to appear before the Magistrate Judge.

[ ]　Other

_____
Signature of Judicial Officer

　　　　　　　　06/03/2016
Date