✎ PS 8
(3/15)

Case 4:15-cr-06035-SMJ   Document 58   Filed 06/06/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 06, 2016

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Benny Ballandby | Docket No. | 4:15CR06035-SMJ-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW, David L. McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the court at Yakima on the 23 day of October 2015, under the following conditions:

**Condition #23:** Defendant shall not directly or indirectly use, access, or possess a computer or electronic media, including any devices, televisions, and cellular phones, with internet access capabilities, without the prior approval of Pretrial Services. All computers shall be removed from the residence. All other electronic media possessed by other residents of the home shall be password protected.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

On June 6, 2016, a Court approved search was conducted of the defendant, his residence, and his vehicle. During the search, a cellular phone with internet capabilities was located. The defendant admitted to using the phone several times per week.

PRAYING THAT THE COURT WILL ISSUE A BENCH WARRANT

| | | |
|---|---|---|
| | | I declare under the penalty of perjury that the foregoing is true and correct. |
| | | Executed on: 06/06/2016 |
| | by | s/David L. McCary |
| | | U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

06/06/16
Date